NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILLENNIUM DENTAL TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

v.

**FOTONA D.D.,**
*Defendant-Appellee.*

---

2010-1428

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-1792, Judge Manuel L. Real.

---

## ORDER

Upon review of this recently docketed appeal, the court considers whether Millennium Dental Technologies, Inc. should be directed to show cause why its appeal should not be dismissed.

Millennium's notice of appeal states that it is appealing from a ruling granting Fotona D.D.'s motion to enforcement settlement as entered on the docket on June 10, 2010.  It appears from a review of the district court's docket sheet that neither the court's final order nor the

court's final judgment have issued. Therefore, it appears that this appeal may be premature.

Accordingly,

IT IS ORDERED THAT:

(1) The appellant is directed to respond, within 21 days from the date of filing of this order, concerning why this appeal should not be dismissed. The appellee may also respond within that time.

(2) The briefing schedule is stayed.

FOR THE COURT

__AUG 2 4 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James S. Azadian, Esq.
Philip J. Graves, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2010

JAN HORBALY
CLERK